RECEIVED
2019 JAN -3 PM 4:14
U.S. BANKRUPTCY COURT
DULUTH, MN

IN THE UNITED STATES BANKRUPTCY COURT FOR THE EIGHTH CIRCUIT DISTRICT OF MINNESOTA

IN RE: KURT NELS MONSON AND JENNIFER LYNN MONSON
CHAPTER 7 PROCEEDING
CASE NO. 18-50554-RJK

DONALD MATROS, PETITIONER

VS.                                                ADVERSARY NO. _____

KURT NELS MONSON AND JENNIFER LYNN MONSON,
                                                                    DEBTORS

## COMPLAINT TO DENY DISCHARGEABILITY OF DEBT

COMES NOW DONALD MATROS, a Creditor in the above-styled Chapter 7 bankruptcy proceeding, appearing herein, and files this Complaint to Deny Dischargeability of Debt and would show unto the Court the following:

1.

This Court has jurisdiction pursuant to the provisions of 28 U.S.C. Section 157(a) and (b)(2)(i) and Section 1334(b) and 11 U.S.C. Section 523. Petitioner, Donald Matros, Alleges Debtors OBTAINED PROPERTY UNDER FALSE PRETENSES, 11 U.S.C. Section 523 a(2)(4); FED. R. Bankr. P. 4007c.

2.

DONALD MATROS, 19001 225th Avenue, Pierz, MN. 56364, managed a farming operation with its principal

place of business 1900 225th Avenue, MN. 56364.

### 3.

DONALD MATROS is an adult resident citizen of the SEVENTH JUDICIAL DISTRICT of MORRISON County, MINNESOTA who may be served with process at 1900 225th Avenue, Pierz, MN. 56364.

DEBTORS: KURT NELS MONSON and JENNIFER LYNN MONSON adult resident citizens of the SEVENTH Judicial District of MORRISON County, MINNESOTA who may be served with process at 20712 Bison Road, Randall, MN. 56475.

### 4.

Around February 2017, we the debtors, purchased eight (8) calf hutches from the petitioner. The debtors did pay for two calf hutches with HONEST intentions to pay for all. Due to falling milk prices and lack of income, the debtors were unable to continue payment(s).

Also, around October 2017 the petitioner contacted the debtors regarding a trailer load of hay loaded in his yard. He asked the debtors to come get it or offered to deliver it to the debtor's farm. The debtors said they didn't want to get the trailer load of hay. The debtors stated the petitioner the debtor didn't know when payment could be made for the hay. The petitioner stated he wasn't concerned. The petitioner stated the debtor could pay when they could what they could. An again due to very low milk prices payment(s)

were hard to make. The debtor did not know the milk price was going to plummet and payments would be difficult to make.

5.

The debtors NEVER EVER discussed our financial situation with the petitioner. We have never had a thirty thousand dollar ($30,000.) feed bill. The debtors bills were never discussed with the petitioner. Why would we? The debtors did not purchase the calf hutches or hay/straw on false pretenses. The debtors are honest people and would not have purchased anything without the responsibilities that go with it.

Respectfully yours,

```
PIERZ COOP FEED                                    INVOICE NUMBER    207108
PO Box 307                                         INVOICE DATE      08/06/18
Pierz, MN  56364                                   DATE SHIPPED      08/06/18

320-468-6655                                       PAGE NUMBER       1 OF 1


   BILL TO:                          SHIP TO:

     DON MATROS                        DON MATROS
     FERTILIZER ACCT                   FERTILIZER ACCT
     19001 225TH AVE                   19001 225TH AVE
     PIERZ  MN  56364-1266             PIERZ  MN  56364-1266


CUSTOMER               CHECK NUMBER         INVOICE CODES        INVOICE TERMS
000530263              CASH                 MN-097               END OF MONTH
=============================================================================
QUANTITY      ITEM #        DESCRIPTION     REF #    PRICE    PREPAID   TOTAL
=============================================================================
 1.0000  EACH   0000010426   fly spray              14.50000            $14.50
```

*The note on the reverse side was left on the arrowed date!!*

*RECEIVED 2019 JAN -3 PM 4:14 U.S. BANKRUPTCY COURT DULUTH MN*

```
                                                   INVOICE AMOUNT    $14.50
                                                   plus SALES TAX      $.00
                                                                   --------
                                                   INVOICE TOTAL     $14.50
                                                   less PREPAYMENTS    $.00
                                                   less PAYMENTS     $14.50
                                                   less DISCOUNT       $.00
LESS DISCOUNT OF         $.00                                      --------
IF PAID BY               $.00                      DUE BY 09/30/18    $.00
```

I WAS WONDERING IF YOU WOULD BE INTERESTED IN RETURNING 6 CALF HUTCHES FOR THE 900.00 YOU OWE ON THE CALF HUTCHES??

```
  150
 x 6
 900.00
```

I HAVE A PERSON INTERESTED IN BUYING THEM. TY

*Don Matros*
DON MATROS

Kurt Jennifer Monroe
20712 Bison Rd
Randall, MN 56475

MINNEAPOLIS MN 554
28 DEC 2018 PM 3 L

District Courthouse
United States District Court –
District of Minnesota
515 West 1st St.,
# 417 Federal Building
Duluth, MN 55802

55802-505617

RECEIVED BY MAIL
JAN -3 2019
CLERK, U.S. DISTRICT COURT
DULUTH, MINNESOTA