Wednesday, 3-13-19

RECEIVED Case # 18-50554

To all whom it May Concern,

U.S. BANKRUPTCY COURT
DULUTH, MN

My husband Kurt and I
are due to appear in court
March 18th 2019. Due to the fact
that I, Jennifer Monson, had knee
replacement surgery and also a
cracked femur bone on February
18th, 2019 am requesting a contin-
uance for two months from the
trial date March 18th 2019) to be
able to heal completely. I am
non-weight bearing and walk
with the aide of a walker.
Traveling distances even to Little
Falls for physical therapy is painful
and uncomfortable. I would be

Very grateful and appreciate the extra length of time so I do completely heal. Thank you very much for your time and consideration.

RECEIVED
2019 MAR 18 AM 11:16
U.S. BANKRUPTCY COURT
DULUTH, MN

Sincerely,

Jennifer Monson

Date Sent: March 13th 2019